UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16 CR 438 |
| v. ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| ARTEM VAULIN ) | |

**GOVERNMENT'S MOTION TO UNSEAL DOCKET AND ALL FILINGS**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits this motion to unseal the docket and all filings made in this case to date. In support of this motion, the government states as follows:

1. On or about July 8, 2016, this Court signed a criminal complaint that charges defendant with one count of conspiracy to commit criminal copyright infringement, one count of conspiracy to commit money laundering, and two counts of criminal copyright infringement. This Court also issued a warrant for defendant's arrest and several seizure warrants.

2. In the accompanying sealing order, this Court ordered that the complaint, affidavit, arrest warrant, seizure warrants, and motion to seal be sealed until the time of arrest of the defendant in this case or until further order of the Court, whichever occurred earlier.

3. The defendant was arrested in Poland on or about July 20, 2016, and thus it is appropriate for the filings described above, and the docket, to be unsealed.

Wherefore, the government respectfully requests that this Court enter an order unsealing the docket and all filings made in this case to date.

                          Respectfully submitted,

                          ZACHARY T. FARDON
                          United States Attorney

By:    */s/ Devlin N. Su*
        Devlin N. Su
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 886-0667

DATE: August 2, 2016