UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN,<br>    also known as "tirm" | CASE NUMBER:<br>**16 CR 438**<br>UNDER SEAL<br><br>MAGISTRATE JUDGE GILBERT |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND SEIZURE WARRANTS

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, Arrest Warrant, and Seizure Warrants:

The public filing of the Complaint, Affidavit, Arrest Warrant, and Seizure Warrants in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence. For this reason, the government respectfully requests that the Complaint, Affidavit, Arrest Warrant, and Seizure Warrants, as well as this Motion to Seal, be sealed until the time of defendant's arrest in this case or further order of the Court, whichever occurs earlier.

Because the defendant appears to reside overseas, the government seeks permission to disclose the Complaint, Affidavit, Arrest Warrant, and Seizure Warrant as necessary to foreign authorities and via the International Criminal Police Organization ("INTERPOL"), for use in locating or arresting the defendant and in executing the Seizure Warrants.

DATE: July 8, 2016                     Respectfully submitted,

                                              ZACHARY T. FARDON
                                              United States Attorney

By:   s/*William E. Ridgway*
        William E. Ridgway
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 469-6233