IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, | |
| Plaintiff, | |
| v. | Case No. 16cr438-1 |
| Artem Vaulin, | Judge Jeffrey T. Gilbert |
| Defendant. | |

**ORDER**

The Government's Motion to Unseal Docket and All Filings [1] is granted. The docket and all filings made in this case to date are ordered unsealed.

Date: 8/3/16

_____
Magistrate Judge Jeffrey T. Gilbert

Rev. 10/2013