15-GJ-404

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE LEE** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE GILBERT** |
|---|---|---|---|
| CASE NUMBER | 16-CR-00438 | DATE | AUGUST 23, 2016 |
| CASE TITLE | U.S. v. ARTEM VAULIN, et al. | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL JUNE 2015  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  _Mary M. Rowland_

TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3142 AS TO ALL DEFENDANTS.

CLERKS OFFICE SHALL PROVIDE THE U.S. ATTORNEY'S OFFICE WITH SIX CERITIFIED COPIES OF EACH WARRANT AND 12 CERITIFIED COPIES OF THE INDICTMENT.



FILED
AUG 23 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____  (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: